**Order entered August 8, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01715-CV

### ALEXANDER R. AND REBECCA DAVIS, Appellants

### V.

### TEXAS MUTUAL INSURANCE COMPANY, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-06356**

## ORDER

The Court has before it appellants' August 7, 2014 "Unopposed Motion to Extend Time to File a Motion for Rehearing." We **GRANT** the motion. It is **ORDERED** that any motion for rehearing must be filed on or before September 11, 2014.

/s/     ROBERT M. FILLMORE
          JUSTICE